MARGARET M. MURPHY, Appellant, *v.* ELIZABETH WALSH, Individually and as Executrix of THOMAS WALSH, Deceased, et al., Respondents.

*Murphy* v. *Walsh*, 63 App. 619, appeal dismissed.
(Submitted January 7, 1902; decided January 14, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made July 25, 1901, which affirmed an order of Special Term granting, upon conditions, plaintiff's motion to set aside two certain orders, one directing the examination of the plaintiff as a party before trial and one dismissing the complaint.

*William J. Walsh* for appellant.

*C. D. Rust* for respondents.

*Per Curiam*: The order sought to be reviewed is not a final order in a special proceeding, but an order made in an action, and, therefore, not the subject of review in this court. (*Van Arsdale* v. *King*, 155 N. Y. 325.)

Appeal dismissed, with costs.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.